Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  26−17261−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark J. DeFalco
326 Wheat Road
Vineland, NJ 08360

Justine M. Ciraolo
326 Wheat Road
Vineland, NJ 08360

Social Security No.:
  xxx−xx−3565                                           xxx−xx−4927

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              9/2/26
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101−2067

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 24, 2026
JAN: lgr

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-17261-JNP |
| Mark J. DeFalco | Chapter 13 |
| Justine M. Ciraolo | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 24, 2026 | Form ID: 132 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark J. DeFalco, Justine M. Ciraolo, 326 Wheat Road, Vineland, NJ 08360-9627 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 24 2026 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 24 2026 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521263262 | + | Email/Text: bncnotifications@pheaa.org | Jun 24 2026 20:56:00 | AES/PHEAA, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 521263263 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 24 2026 20:55:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 521263264 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 24 2026 21:05:35 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521263267 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2026 21:05:21 | Citibank/Citibank NA, Attn: Bankruptcy, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 521263268 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2026 21:05:31 | Citibank/Sears, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 521263269 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2026 21:05:40 | Citibank/The Home Depot, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 521263270 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 24 2026 20:56:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 521263271 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 24 2026 20:56:00 | Internal Revenue Service, 955 S Springfield Ave., Bldg A, Springfield, NJ 07081 |
| 521263272 | | Email/Text: camanagement@mtb.com | Jun 24 2026 20:56:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 521263273 | | Email/Text: EBN@Mohela.com | Jun 24 2026 20:56:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 521263275 | | Email/Text: EBN@Mohela.com | Jun 24 2026 20:56:00 | Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 521263278 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 24 2026 20:56:00 | Nationstar/flagstar Bank, 8950 Cypress Waters, Coppell, TX 75019-4620 |
| 521263279 | + | Email/Text: bankruptcy1@pffcu.org | | |

District/off: 0312-1                          User: admin                                   Page 2 of 3

Date Rcvd: Jun 24, 2026                       Form ID: 132                                  Total Noticed: 23

| | | | Jun 24 2026 20:56:00 | PFFCU/Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2404 |
|---|---|---|---|---|
| 521263280 | + | Email/Text: bankruptcy1@pffcu.org | Jun 24 2026 20:56:00 | PFFCU/Police & Fire FCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2404 |
| 521263281 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 24 2026 20:55:00 | State of New Jersey, PO Box 245, Trenton, NJ 08695 |
| 521263282 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 24 2026 21:05:16 | Syncb/Verizon, Attn: Bankruptcy Department, P.O. Box 965065, Orlando, FL 32896-5065 |
| 521263283 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 24 2026 21:05:16 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521263284 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 24 2026 21:05:34 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 521263285 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 24 2026 21:05:16 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 521263286 | + | Email/Text: synovusbankruptcy@synovus.com | Jun 24 2026 20:56:00 | Synovus Bank, Attn: Bankrupty Department, P.O.Box 120, Columbus, GA 31902-0120 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521263265 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521263266 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521263274 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 521263276 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 521263277 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 521263287 | *+ | Synovus Bank, Attn: Bankrupty Department, P.O.Box 120, Columbus, GA 31902-0120 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026                    Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L Knapp | on behalf of Joint Debtor Justine M. Ciraolo amylknappesq@gmail.com marycatherinedoherty@ecf.courtdrive.com |
| Amy L Knapp | on behalf of Debtor Mark J. DeFalco amylknappesq@gmail.com marycatherinedoherty@ecf.courtdrive.com |

District/off: 0312-1                         User: admin                              Page 3 of 3
Date Rcvd: Jun 24, 2026                      Form ID: 132                             Total Noticed: 23

Andrew B Finberg

          courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

U.S. Trustee

          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 4