Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 26−17261−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mark J. DeFalco<br>326 Wheat Road<br>Vineland, NJ 08360 | Justine M. Ciraolo<br>326 Wheat Road<br>Vineland, NJ 08360 |

Social Security No.:

| | |
|---|---|
| xxx−xx−3565 | xxx−xx−4927 |

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 8, 2026.

Dated: October 8, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-17261-JNP
Mark J. DeFalco Chapter 13
Justine M. Ciraolo
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3
Date Rcvd: Oct 08, 2026 Form ID: plncf13 Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| @ | Recipients marked '@' were noticed on Oct 24, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db/jdb | + | Mark J. DeFalco, Justine M. Ciraolo, 326 Wheat Road, Vineland, NJ 08360-9627 |
| @521277111 | + | Flagstar Bank, N.A., Nikita R. Joshi, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 08 2026 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 08 2026 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521263262 | + | Email/Text: bncnotifications@pheaa.org | Oct 08 2026 21:45:00 | AES/PHEAA, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 521263263 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 08 2026 21:44:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 521263264 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 08 2026 21:54:02 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521343612 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2026 21:54:17 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 521263267 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2026 21:53:59 | Citibank/Citibank NA, Attn: Bankruptcy, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 521263268 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2026 21:53:59 | Citibank/Sears, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 521263269 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2026 21:54:17 | Citibank/The Home Depot, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 521263270 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 08 2026 21:45:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 521340823 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 08 2026 21:45:00 | Flagstar Bank, N.A., c/o Rocket Mortgage, LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 521263271 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 08 2026 21:45:00 | Internal Revenue Service, 955 S Springfield Ave., Bldg A, Springfield, NJ 07081 |
| 521312318 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 08 2026 21:46:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

| | | | | |
|---|---|---|---|---|
| 521298640 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 08 2026 21:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521277365 | + | Email/Text: RASEBN@raslg.com | Oct 08 2026 21:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 521263272 | | Email/Text: camanagement@mtb.com | Oct 08 2026 21:45:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 521347704 | | Email/Text: camanagement@mtb.com | Oct 08 2026 21:45:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 521263273 | | Email/Text: EBN@Mohela.com | Oct 08 2026 21:45:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 521263275 | | Email/Text: EBN@Mohela.com | Oct 08 2026 21:45:00 | Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 521263278 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 08 2026 21:45:00 | Nationstar/flagstar Bank, 8950 Cypress Waters, Coppell, TX 75019-4620 |
| 521263279 | + | Email/Text: bankruptcy1@pffcu.org | Oct 08 2026 21:45:00 | PFFCU/Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 521263280 | + | Email/Text: bankruptcy1@pffcu.org | Oct 08 2026 21:45:00 | PFFCU/Police & Fire FCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2404 |
| 521281002 | + | Email/Text: bncnotifications@pheaa.org | Oct 08 2026 21:45:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 521265855 | + | Email/Text: bankruptcy1@pffcu.org | Oct 08 2026 21:45:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 521338825 | | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2026 21:45:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 521263281 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 08 2026 21:45:00 | State of New Jersey, PO Box 245, Trenton, NJ 08695 |
| 521263282 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 08 2026 21:54:02 | Syncb/Verizon, Attn: Bankruptcy Department, P.O. Box 965065, Orlando, FL 32896-5065 |
| 521263283 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 08 2026 21:53:53 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 521263284 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 08 2026 21:54:11 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 521263285 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 08 2026 21:53:53 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 521263286 | + | Email/Text: synovusbankruptcy@synovus.com | Oct 08 2026 21:46:00 | Synovus Bank, Attn: Bankrupty Department, P.O.Box 120, Columbus, GA 31902-0120 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521263265 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521263266 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 521263274 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 521263276 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 521263277 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, |

| | | |
|---|---|---|
| | | Mohela/dofed, Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 521263287 | *+ | Synovus Bank, Attn: Bankrupty Department, P.O.Box 120, Columbus, GA 31902-0120 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L Knapp | on behalf of Joint Debtor Justine M. Ciraolo amylknappesq@gmail.com marycatherinedoherty@ecf.courtdrive.com |
| Amy L Knapp | on behalf of Debtor Mark J. DeFalco amylknappesq@gmail.com marycatherinedoherty@ecf.courtdrive.com |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5